# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| CHARLES I. EVANS f/k/a CHARLES I. GRIFFIN, | |
| Plaintiff, | Case No. 1:20-cv-00350-CAB |
| v. | Honorable Judge Christopher A. Boyko |
| SYNENBERG & ASSOCIATES, LLC, | |
| Defendant. | |

## REPORT OF PARTIES' PLANNING MEETING
## UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b)

Pursuant to the Court's January 15, 2021 Order [Dkt. 12], the Parties this Report of Parties' Planning Meeting under Fed. R. Civ. P. 26(f) and L.R. 16.3(b):

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on February 16, 2021, and was attended by:

> Mohammed O. Badwan, counsel for Plaintiff, Charles I. Evan f/k/a Charles I. Griffin
> Roger M. Synenberg, counsel for Defendant, Synenberg & Associates, LLC

2. The parties:

\_\_\_\_ have exchanged the pre-discovery disclosures required by Rule26(a)(1) and the Court's prior order;

**X** will exchange such disclosures by **March 2, 2021**;

\_\_\_\_ have not been required to make initial disclosures.

3. The parties recommend the following track:

\_\_\_ Expedited **X** Standard \_\_\_ Complex \_\_\_ Administrative \_\_\_ Mass Tort

1

4. Pursuant to Local Rule 5.1(c) all documents must be electronically filed absent a showing of good cause.

5. This case **is** suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

___X__ Early Neutral Evaluation __X__ Mediation _____ Arbitration.

__ Case **is not** suitable for ADR at this time but may be after discovery. _____ Case **is not** suitable for ADR at any time.

6. The parties _____ do/ __X__ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

(a) Describe the subjects, nature and extent of discovery:

Discovery will focus on Defendant's attempts to collect a student loan debt from Plaintiff. Plaintiff alleges that Defendant sent Plaintiff correspondences that contained false representations regarding the amount of the debt, in violation of §1692e of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. Discovery will consist of written and oral discovery.

(b) Non-Expert discovery cut-off date: August 30, 2021.

(c) Plaintiff's expert report due date: N/A

(d) Defendant's expert report due date: N/A

(e) Expert discovery cut-off date: N/A

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: April 30, 2021

9. Recommended dispositive motion date: October 29, 2021

2

    10. Recommended date for a Settlement Conference: June 15, 2021

    11. Other matters for the attention of the Court: **None at this time.**

DATED: February 16, 2021                            Respectfully submitted,

*/s/ Mohammed O. Badwan*                  */s/ Roger M. Synenberg*

| | |
|---|---|
| Mohammed O. Badwan | ROGER M. SYNENBERG (0032517) |
| **SULAIMAN LAW GROUP, LTD.** | Synenberg & Associates, LLC |
| 2500 South Highland Avenue | 55 Public Square, Suite1331 |
| Suite 200 | Cleveland, Ohio 44113 |
| Lombard, Illinois 60148 | (216) 622-2727 |
| +1 630-581-5450 | (216) 622-2707 FAX |
| +1 630-575-8180 | rsynenberg@aol.com |
| mbadwan@sulaimanlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |