UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| CHARLES I. EVANS f/k/a CHARLES I. GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>SYNENBERG & ASSOCIATES, LLC,<br><br>Defendant. | Case No. 1:20-cv-00350-DCN<br><br>Honorable Judge Donald C. Nugent |

**PLAINTIFF'S FED. R. CIV. P. 26(f) AND L.R. 16.3(b)
<u>REPORT OF PARTIES' PLANNING MEETING</u>**

Pursuant to the Court's September 14, 2021 Order [Dkt. 16], Plaintiff submits the following Report of Parties' Planning Meeting under Fed. R. Civ. P. 26(f) and L.R. 16.3(b):

1. A Rule 26(f) meeting was **<u>not</u>** held. Despite Plaintiff's counsel's efforts, he was unable to contact Defendant's counsel. Accordingly, the dates below are Plaintiff's proposed dates.

2. **The parties:**

____ have exchanged the pre-discovery disclosures required by Rule26(a)(1) and the Court's prior order;

__**X**__ will exchange such disclosures by **October 15, 2021.**

3. **The parties recommend the following track:**

___ Expedited __**X**__ Standard ___ Complex ___ Administrative ___ Mass Tort

4. **This case is suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:**

___**X**___ Early Neutral Evaluation ____ Mediation ____ Arbitration

_____ Summary Jury Trial     _____ Summary Bench Trial

1

\_\_\_\_\_ Case not suitable for ADR.

5. The parties \_\_\_\_ do/ **X** do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. **Recommended Discovery Plan:**

(a) Describe the subjects, nature and extent of discovery

Discovery will focus on Defendant's attempts to collect a student loan debt from Plaintiff. Plaintiff alleges that Defendant sent Plaintiff correspondences that contained false representations regarding the amount of the debt, in violation of §1692e of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. Discovery will consist of written and oral discovery.

(b) The parties (indicate one):

\_\_\_\_\_ agree that there will be no discovery of electronically-stored information;

Or

\_\_\_\_\_ have agreed to a method for conducting discovery of electronically stored information;

Or

\_\_\_**X**\_\_ have agreed to follow the default standard for discovery of electronically stored information (Appendix K to the Northern District of Ohio Local Rules)

(c) Non-Expert discovery cut-off date: **March 31, 2022.**

(d) Plaintiff's expert report due date: **N/A**.

Defendant's expert report due date: **N/A**.

Expert discovery cut-off date:

8. Recommended dispositive motion date: **May 30, 2022.**

9. Recommended cut-off date for amending the pleadings and/or adding additional parties: **December 15, 2021**.

10. Recommended date for a Status Hearing: **April 15, 2022.**

11. Other matters for the attention of the Court: **None**.

DATED: October 1, 2021

*/s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
630-575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*