DCM FORM NO. 7
1/1/92

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
### CASE MANAGEMENT CONFERENCE
### MINUTE SHEET

**CASE MANAGEMENT CONFERENCE HELD BEFORE** JUDGE DONALD C. NUGENT **ON** SEPTEMBER 17, 2021
*JUDICIAL OFFICER*

Evans,
      Plaintiff(s),
v.
Synenberg & Associates, LLC,
      Defendant(s).

**CASE NO.** 1:20 CV 350

**JUDGE:** DONALD C. NUGENT

**DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?** YES ☐ NO ☒

**TRACK DESIGNATION:**
Administrative ☐    Expedited ☒    Standard ☐    Complex ☐    Mass Torts ☐

**CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:** YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:
Early Neutral Evaluation ☐    Mediation ☐    Arbitration ☐    Summary Jury Trial ☐    Summary Bench Trial ☐
ADR PROCESS TO BE COMPLETED BY: _____

**DISCOVERY TYPE AND EXTENT:** Limited - document exchange

**DISCOVERY CUT OFF DATE:** 1/1/22

**MOTIONS CUT OFF DATE:** TBD.

**CASE STATUS HEARING SCHEDULED FOR:** 11/30/21 @ 8:30AM

**NOTES:** CMC held on telephone w/ all counsel participating. Planning report filed - student debt - Ⓓ paid debt in full after phone call. Parties are trying to settle case

**Length of Proceeding:** 15 min

_____ 10/4/21
DISTRICT JUDGE